UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Sheila M. Martin, et al          Civil No. 3:17-CV-01792

        Plaintiffs,
-against-

Townsend R. Morey, et al

        Defendants.
------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Sheila M. Martin, and Townsend R. Morey, Jr., the plaintiffs herein files this Notice of Voluntary Dismissal without prejudice in which dismissal of the complaint against Tracey Simon and Pike County Area on Aging is requested and withdrawn.

Respectfully submitted,

Sheila M. Martin
2330 Riverbluff Parkway
Sarasota, Florida 34231
Tel: 941-961-4981

FILED
SCRANTON

DEC 05 2017

PER _____
DEPUTY CLERK

Certificate of Service

Sheila M. Martin hereby states a true copy of this Notice of Voluntary Dismissal without prejudice has been sent via fax and mailed under the care of the United States Postal Service to the following defendants and counsel as follows:

Stacey Beecher, Esq., 506 Broad Street, Milford, Pennsylvania 18337, and via fax Fax No. 570-296-2211. Newman Williams, Esqs., 712 Monroe Street, Stroudsburg, PA 18360 and via fax number: 570-424-9739

Sheila M.. Martin, Pro Se

Notary Public

Nanette Thomas
11/30/2017



NANETTE THOMAS
Commission # FF 106084
Expires March 25, 2018
Bonded Thru Troy Fain Insurance 800-385-7019

Sheila M. Martin
2330 Riverbluff Parkway
Sarasota, Florida 34231
Tel: 941-961-4981

Office of the Clerk
United States District Court
for the Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

November 30, 2017

**FILED
SCRANTON**

Re: Docket No. 317CV-01792
Martin v. Tracey Simon, etal

DEC 0 5 2017

PER_____
DEPUTY CLERK

Dear Honorable Sir:

I have enclosed Voluntary Notice of Dismissal without prejudice in the above captioned action. I have informed the parties via fax and also via First Class Mail under the care of the United Postal Service.

Thank you very much.

Respectfully yours,

Sheila Martin

cc: Stacey Beecher, Esq.
The Law Office of
Newman Williams
Attn: Gerard Geiger, Esq.



Shella M Martin
2330 Riverbluff Pkwy
Sarasota, FL 34231

2016

Office of the Clerk
United States District Court
235 North Washington Avenue
P.O. Box 1148
Scranton, PA

RECEIVED
SCRANTON
DEC 05 2017
PER _____ DEPUTY CLERK