# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

SHEILA M. MARTIN, *et al.*, :

    Plaintiffs : CIVIL ACTION NO. 3:17-1792

    v. : (MANNION, D.J.)
                                                     (SCHWAB, M.J.)

TOWNSEND R. MOREY, III, *et al.*, :

    Defendants :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the unopposed report and recommendation of Judge Schwab, **(Doc. 54)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's motion to substitute, **(Doc. 36)**, is **DENIED**;

**(3)** all of the claims brought by plaintiff on behalf of Townsend R. Morey, Jr. and Peter A. Rodenrys in her amended complaint, **(Doc. 38)**, are **DISMISSED**, and Townsend R. Morey, Jr. and Peter A. Rodenrys are **DISMISSED** from this case as plaintiffs;

**(4)** defendant Bon Secours Hospital's motion to dismiss the plaintiff's amended complaint, **(Doc. 41)**, for insufficient service of process is **GRANTED**, and the plaintiff's

amended complaint, **(Doc. 38)**, is **DISMISSED WITHOUT PREJUDICE** against the defendant hospital;

**(5)** defendant Townsend R. Morey, III's motion to dismiss the plaintiff's amended complaint, **(Doc. 46)**, for failure to stated a claim is **GRANTED**, and the plaintiff's amended complaint, **(Doc. 38)**, is **DISMISSED WITH PREJUDICE** against this defendant as to all claims;

**(6)** the claims in the plaintiff's amended complaint, **(Doc. 38)**, against defendants David Morey and Martin Morey are **DISMISSED WITHOUT PREJUDICE**, pursuant to Fed.R.Civ.P. 4(m), for lack of service;

**(7)** the claims in the plaintiff's amended complaint, **(Doc. 38)**, against defendants Tracey Simon and Pike County Agency on Aging are **DISMISSED WITHOUT PREJUDICE**, and the plaintiff is **GRANTED** leave to file a second amended complaint against these two County defendants limited to the claims she brings on her own behalf;

**(8)** the plaintiff is directed to filed her second amended

complaint, as specified in this Order, by **July 24, 2019**, and the plaintiff is directed to raise only claims she brings on her own behalf against the above stated defendants who have been **DISMISSED WITHOUT PREJUDICE**; and

**(9)** this case is **RECOMMITTED** to Judge Schwab for further proceedings.

                                       s/ *Malachy E. Mannion*
                                       **MALACHY E. MANNION**
                                       **United States District Judge**

**Date: July 9, 2019**

17-1792-01-ORDER.wpd