UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEILA M. MARTIN, *et al* | : | CIVIL NO: 3:17-CV-01792 |
| | : | |
| Plaintiffs, | : | |
| | : | (Judge Mannion) |
| v. | : | |
| | : | (Chief Magistrate Judge Schwab) |
| TOWNSEND R. MOREY, III, *et al* | : | |
| | : | |
| Defendants. | : | |

**ORDER**
August 2, 2019

On July 9, 2019, Judge Mannion dismissed Townsend R. Morey, Jr. and Peter A. Rodenrys from the case; dismissed Ms. Martin's claims against Bon Secours Hospital, David Morey, and Martin Morey without prejudice based on lack of proper service; dismissed Ms. Martin's claims against Townsend R. Morey, III with prejudice; and dismissed Ms. Martin's claims against Tracey Simon and the Pike County Agency on Aging without prejudice. *Doc. 56* at 1–2. Judge Mannion granted Ms. Martin leave to file a second amended complaint against Tracey Simon and the Pike County Agency on Aging limited to claims she brings on her own behalf. *Id*. at 2. He directed Ms. Martin to file any second amended complaint on or before July 24, 2019, and he directed her "to raise only claims she brings on her own behalf against" the defendants the court dismissed without prejudice. *Id*. at 2–3.

Ms. Martin has not filed a second amended complaint. We will give her one final opportunity to so, and we warn her that if she fails to file a second amended complaint, the claims against Tracey Simon and the Pike County Agency on Aging will be dismissed with prejudice.

**IT IS ORDERED** that Ms. Martin shall file any second amended complaint on or before **August 16, 2019**.[1] If Ms. Martin does not file a timely second amended complaint, the claims against Tracey Simon and the Pike County Agency on Aging will be dismissed with prejudice.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge

---

[1] Any second amended complaint must comply with the limitations set forth by Judge Mannion in his Order of July 9, 2019. *See Doc. 56*. In other words, any second amended complaint must be limited to claims brought by Ms. Martin on her own behalf and against defendants who have been dismissed without prejudice.